# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                   Case Number: 4:25−cr−00406

Terry Ardoin
Travonte Ardoin

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/17/2025

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Motion Hearing


Date:   October 3, 2025

                                                                Nathan Ochsner, Clerk