**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TERRY ARDOIN a/k/a "Jericho", and**<br><br>**TRAVONTE ARDOIN,**<br><br>   **Defendants.** | **CASE NO. 4:25-cr-00406** |

## <u>MOTION TO DISMISS INDICTMENT</u>

The United States of America, by and through Nicholas J. Ganjei, United States Attorney for the Southern District of Texas, Assistant United States Attorney, Charles Hagerman, and Trial Attorney, Ralph Paradiso, of the United States Department of Justice, Violent Crime and Racketeering Section, hereby moves to dismiss the Indictment in the above-captioned matter, as the defendants are now charged with identical conduct in case number 4:22-CR-577.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

CHARLES HAGERMAN
Assistant United States Attorney

DAVID L. JAFFE
Chief, Violent Crime and Racketeering Section
United States Department of Justice

/s/ *Ralph Paradiso*

RALPH PARADISO
Trial Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO. 4:25-cr-00406** |
| **TERRY ARDOIN a/k/a "Jericho", and** | |
| **TRAVONTE ARDOIN,** | |
| **Defendants.** | |

## ORDER

The Court has considered the Government's Motion to Dismiss the Indictment in the above captioned case because the defendants are now charged with the same conduct in case number 4:22-cr-577.  In the interests of justice, it is hereby **ORDERED** that the motion to dismiss the Indictment in the above-captioned matter is **GRANTED,** without prejudice.

DATE: _____          _____
                                    HONORABLE ALFRED H. BENNETT
                                    United States District Judge
                                    Southern District of Texas

2